## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **Phyllis Headly, individually and on behalf of other similarly situated individuals,**           **Plaintiffs**  V.  **Liberty Homecare Options, LLC and Lucia DeVivo Catalano**           **Defendants.** | **CIVIL ACTION NO.: 3:20-cv-579 (OAW)**  November 14, 2025 |

## MOTION TO APPROVE RULE 23 CLASS AND FAIR LABOR STANDARDS ACT COLLECTIVE SETTLEMENT

Phyllis Headly ("Named Plaintiff") and defendants Liberty Homecare Options LLC and Lucia DeVivo Catalano ("Defendants") move for the preliminary approval of the parties' settlement agreement ("Agreement") to resolve the Plaintiff's claims asserted in this lawsuit on her behalf and on behalf of a collective under the Fair Labor Standards Act ("FLSA") and a class of individuals under Rule 23 and the Connecticut Minimum Wage Act ("CMWA). The Agreement is attached to the accompanying memorandum of law as Ex. 1.

As set forth more specifically in the memorandum of law, the Court should approve the Agreement because it is the result of arms' length negotiations, including two mediation sessions before Federal District Court Magistrate Judge Maria Garcia and then further discussions between the parties' attorneys. In addition, it is a fair and reasonable resolution of a *bona fide* dispute involving claims for unpaid overtime wages under the FLSA and the CMWA, and resolves the parties' disputes without additional, costly litigation—including but not limited to potential motions to decertify the class and collective, a class trial, or individual trials for class and collective members. Accordingly, the parties respectfully request that this Court enter the preliminary order

(Exhibit C to the Agreement), allow the Settlement Administrator to conduct the necessary calculations and send out the notice to all class members, and schedule a fairness hearing in accordance with the schedule set forth in the proposed order and the attached memorandum of law.

        Respectfully submitted,

        Phylis Headly, and others similarly situated,

        By Their Attorneys,

        By: /s/ ct05114
            Nitor V. Egbarin, ct05114
            Law Office of Nitor V. Egbarin, LLC
            100 Pearl Street, 14th Floor
            Hartford, CT  06103-3007
            Tel: (860) 249-7180
            Fax: (860) 408-1471
            E-mail: NEgbarin@aol.com

        DEFENDANTS,
        LIBERTY HOMECARE OPTIONS, LLC
        and LUCIA DEVIVO CATALANO

        By: /s/ Peter J. Murphy
            Peter J. Murphy (ct26826)
            Keegan A. Drenosky (ct29515)
            Shipman & Goodwin LLP
            One Constitution Plaza
            Hartford, CT  06103-1919
            Telephone: (860) 25l-5950
            Facsimile: (860) 251-5316
            pjmuprhy@goodwin.com
            kdrenosky@goodwin.com
            *Their Attorneys*